Prob 35  
(3/98)

Report and Order Terminating Probation/  
Supervised Release  
Prior to Original Expiration Date

# United States District Court
## FOR THE
### WESTERN DISTRICT OF TENNESSEE

UNITED STATES OF AMERICA

v.

Alphonzo Cotton

Crim. No. 2:02CR20372-01

On 04/06/04, the above named was placed on Probation for a period of 5 years. He/she has complied with the rules and regulations of Probation and is no longer in need of supervision. It is accordingly recommended that he/she be discharged from probation.

Respectfully submitted,

U.S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant be discharges from probation and that the proceedings in the case be terminated.

Dated this _____9_____ day of __Jan__, 20_06_.

Jon P. McCalla  
United States District Judge